IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

FILED FEB 9 '06 PM 12:40 USDC-AL

LOUIS JAMES WELCH
Name under which you were convicted

AIS# 139436
Your prison number

vs.

CIVIL ACTION NO. 06-72-KD-C
(To be supplied by Clerk of Court)

CLARKE COUNTY, SHERIFF JACK DAY ET. AL.
Name of Defendant(s)

KILBY CORR. FAC. P.O. BOX 150 MT. MEIGS AL. 36057
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D.  **Defendants**. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E.  **Pleading the Complaint**. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F.  **Fees**. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G.  **Form of Pleadings**. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any;

otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes ( X )   No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No ( X )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: "SAME"

   Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): US DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA

   3. Docket Number: CA.03-0293-CB-C

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes ( X )   No ( )

5. Name of judge to whom the case was assigned: **HONORABLE WILLIAM E. CASSADY, US MAGISTRATE JUDGE**

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: **PLAINTIFF FAILED TO FILE RESPONSE TO DEFFENDANTS BREIF IN TIME**

7. Approximate date of filing lawsuit: **N/A**

8. Approximate date of ruling by court: **N/A**

II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: **CLARKE COUNTY JAIL**

B. Date it occurred: **BETWEEN OCT 19TH 2000 TRU MAY 15TH 2001**

C. Is there a prisoner grievance procedure in this institution? **YES**

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( X ) No ( )

E. If your answer is YES:

   1. What steps did you take? **FILED GREIVANCE WITH JAIL ADMINISTRATOR, FILED COMPLAINT WITH SAME**

   2. What was the result? **N/A**

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): **SEE Complaint FILED**

PLAINTIFF WAS DUE TO BE RELEASED FROM HIS IMPOSED SENTENCE ON OCT 19TH 2000, BUT WAS HELD ILLEGALLY AND WITHOUT DUE PROCESS OF LAW AGAINST HIS WILL BY THE DEFENDANTS IN THIS COMPLAINT UNTIL MAY 15TH 2001 8 MONTHS AFTER HIS LEGAL RELEASE DATE.

III. PARTIES.

A. Plaintiff (Your name/AIS): LOUIS JAMES WELCH #139436

   Your present address: KILBY CORR. FAC. PO BOX 150 MT MEIGS AL

B. Defendant(s):

1. Defendant (full name) SHERIFF JACK DAY is employed as SHERIFF at CLARKE County Alabama.

His/her present address is CLARKE County Alabama JAIL.

(a) Claim against this defendant: VIOLATION OF PLAINTIFFS CONSTITUTIONAL RIGHTS.

(b) Supporting facts (Include date/location of incident): HELD PLAINTIFF 8 months PAST HIS Release DATE. DATE OF Release was, OCTOBER 19, 2000 BUT WAS NOT Released until MAY 15TH, 2001.

2. Defendant (full name) DONNIE ARNOLD is employed as CHIEF DEPUTY at Clarke County JAIL.

His/her present address is Clarke County Alabama JAIL.

(a) Claim against this defendant: VIOLATION OF PLAINTIFFS CONSTITUTIONAL Rights.

(b) Supporting facts (Include date/location of incident): CHIEF ARNOLD, KNOWINGLY AND WILLINGLY WITHHELD RECORDS THAT WOULD HAVE RELEASED PLAINTIFF AS SCHEDULED

3. Defendant (full name) THOMAS FOX is employed as JAIL ADMINISTRATOR at CLARKE County JAIL.

His/her present address is CLARKE County ALABAMA JAIL.

(a) Claim against this defendant: VIOLATION OF PLAINTIFFS CONSTITUTIONAL RIGHTS.

(b) Supporting facts (Include date/location of incident): AS JAIL ADMINISTRATOR WAS NEGLIGANT IN PREFORMING DUTIES TO RELEASE PLAINTIFF ON TIME.

(4) ALSO LIEUTENANT BOBBY C. MOORE AND THE CLARKE County ALABAMA COMMISSION

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: <u>CRIM. POSS. OF A FORGED INT.</u>
<u>CASE# CC-99-031 ESCAMBIA County ALABAMA</u>.

2. When were you convicted? <u>9-12-02</u>

3. What is the term of your sentence? <u>15 years</u>

4. When did you start serving this sentence? <u>9-01-01</u>

5. Do you have any other convictions which form the basis of a future sentence?   Yes ( )   No ( X )
If so, complete the following:

(a) Date of conviction: <u>N/A</u>

(b) Term of sentence: <u>N/A</u>

6. What is your expected end of sentence (E.O.S.) date?
<u>9-06-06</u>

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(X) | yes( ) no(X) |
| Expunged | yes( ) no(X) | yes( ) no(X) |
| Invalidated | yes( ) no(X) | yes( ) no(X) |
| Writ of habeas corpus granted | yes( ) no(X) | yes( ) no(X) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: <u>N/A.</u>

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): <u>SEE ATTACHED SHEET AS RELIEF SOUGHT</u>

7

_____

_____

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

02-01-06
Date

Louis B. Welch
(Signature of Plaintiff Under Penalty of Perjury)

KIBY Corr. Fac.
Current Mailing Address

PO Box 150 MT MEIGS AL, 36057

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

LOUIS JAMES WELCH          CASE # _____
     PLAINTIFF
        VS
CLARKE COUNTY SHERIFFS
     DEPARTMENT
(SHERIFF) JACK DAY, ET, AL
(CHIEF DEP) DONNIE ARNOLD, ET, AL
(JAIL ADM) THOMAS FOX, ET, AL
(LIEUTENANT) BOBBY C. MOORE, ET, AL
(CLARKE CO) COMMISHION, ET, AL
     DEFENDANTS

## COMPLAINT

Come's now LOUIS JAMES WELCH; (PRO-SE) AND IS WITHOUT BENIFIT OF COUNSEL AS PLAINTIFF IN THE ABOVE STYLE CAUSE; TO FORMALLY BRING CIVIL ACTION AGINST; EDWARD (JACK) DAY, SHERIFF OF CLARKE COUNTY ALABAMA, CHIEF DEPUTY DONNIE ARNOLD, CLARKE COUNTY JAIL ADMINISTRATOR THOMAS FOX, CLARKE COUNTY SHERIFFS DEPUTY LT BOBBY C MOORE NOW KNOW AS (DEFENDANTS) IN THEIR FULL AND COMPLETE CAPACITIES BOTH PERSONAL AND PROFFESSIONALLY FOR THE WRONGFULL INCARCERATION AGINST HIS CONSTITUTIONAL RIGHTS A VIOLATION OF HIS

[V]; [VI]; [VIII]; [IX] AND [XIV] AMENDMENT RIGHTS ALSO HIS [XIII] AMENDMENT RIGHT; PLAINTIFF RIGHTS WHERE VIOLATED WHEN HE WAS DENIED HIS FREEDOM AND WAS DEPRIVED HIS LIFE AND LIBERTY WITH OUT DUE PROCESS OF LAW: A VIOLATION OF HIS 8th AMENDMENT RIGHT WAS INFLECTED WHEN THE PLAINTIFF WAS SUBJEGATED TO CRUEL AND UNUSUAL PUNISHMENT WHEN HE WAS HELD ILLEAGALLY AGAINST HIS WILL WITH OUT BAIL OR DUE PROCESS OF LAW; PLAINTIFF WAS HELD IN THE CLARKE COUNTY ALABAMA JAIL (8) EIGHT MONTHS AFTER HIS END OF SENTENCE DATE HERE AFTER KNOWN AS (EOS); THIS HAS CAUSED THE PLAINTIFF UNDO STRESS AND MENTEL AS WELL AS PHYSICAL DISTRESS THE PLAINTIFF WAS DENIED HIS RIGT TO A TRIAL BY AN IMPARSHAL JURY AND WAS NOT AFFORDED COUNSEL TO PROTECT HIS CONSTITUTIONAL RIGHTS; ALSO PLAINTIFF CHARGES THE (DEFENDANTS) WITH CRUEL INDIFFERANCE WHERE PLAINTIFF WAS INSLAVED WITHOUT BEING DULY CONVICTED OF A CRIME AND WAS FORCED INTO INVOLUNTARY SERVITUDE BY BEING FORCED TO WORK AT THE CLARKE COUNTY JAIL; THE PLAINTIFF ALSO CHARGES THE DEFENDANTS WITH "KIDDNAPING II AGINST THE ALABAMA CODE OF (1975) 13A-6-44 WHERE AS HE WAS HELD EIGHT MONTHS AGINST HIS WILL WITHOUT ANY FORMAL CHARGE OR DUE PROCESS OF LAW: IT IS THE RESPONSEABILITY OF THE CLARKE COUNTY JAIL ITS SHERIFF, ADMINISTRATOR AND EMPLOYEES TO KNOW THE PROPPER TIME OR RELEASE OF EACH AND

EVERY INDIVIDUAL INMATE SERVING IMPOSED SENTENCES AT THE CLARKE COUNTY JAIL; IN THEIR INCOMPETENCE ACTS THEY FORCED THE PLAINTIFF TO SUFFER THROUGH ANOTHER EIGHT MONTHS OF PHYSICAL AND MENTAL CONFINEMENT INSIDE THE CLARKE COUNTY JAIL; IT IS ADMINISTRATIONS DUTY TO KNOW THE RELEASE DATE OF THEIR INMATES AND RELEASE THOSE WHO ARE DUE TO BE LAWFULLY RELEASED AT THEIR APPOINTED TIME; BY NOT DOING SO THIS HAS CAUSED THE PLAINTIFF TO SUFFER NEEDLESSLEY DO TO THIS FUTHER INCARCERATION; IT HAS COST HIM HIS LIBERTY TO PERSUE LIFE AND HAS ALSO COST HIM MONATARYALLY FOR HIS LOST OF GAINFULL EMPLOYMENT AND WAGES; IN THE AFTERMATH OF THIS KIDDNAPING AND WRONGFULL INCARCERATION IT HAS LEFT THE PLAINTIFF MENTALLY AND PHYSICALLY DEPLETED; HE HAS LOST A TIME IN HIS LIFE; FAMILY AND MEANINGFUL WORK THAT CAN NOT BE REPLACED; HE HAS SUFFERD EMOTIONAL SET BACK'S BECAUSE OF THIS FURTHER INCARCERATION LOSS OF HIS WIFE; LOST TIME SPENT WITH HIS AGEING PARENTS AND SIBLINGS; IT HAS CAUSED THE PLAINTIFF TO BE MENTELLY WITH DRAWN AND PHYSICALLY ILL; THE PLAINTIFF WAS DUE TO BE RELEASED FROM THE CUSTODEY OF THE SHERIFF AND HIS EMPLOYEES OF THE CLARKE COUNTY JAIL AT HIS APPOINTED TIME AND DATE BUT WAS NOT CAUSEING IRREVERSABLE DAMAGE

PAIN AND ANGUISH THAT SHOULD NOT HAVE BEEN PLACED UPON HIM; UNDER OUR CONSTITUTION OF THE UNITED STATES NO MAN OR WOMAN IS TO BE CONFINED AGAINST HIS WILL WITHOUT A TRIAL BY AN IMPARTIAL AND FAIR IMPANELD JURY OF HIS PEERS OR WITHOUT DUE PROCESS OF LAW; THE PLAINTIFF CONTENDS THAT HIS CONSTITUTIONAL RIGHTS WHERE SERVERBALLY DENIED AND HIS RIGHTS AS A CITIZEN OF THE STATE OF ALABAMA AND THE UNITED STATES UNDER THE UNITED STATES CONSTITUTION WHERE IGNORED BY THE DEFENDANTS IN THIS ACTION CAUSEING THE PLAINTIFF TO SUFFER IRREVERSABLE DAMAGE PHYSICALLY, MENTALLY AND EMOTIONALLY AS WELL AS FINANICUALLY BY IGNOREING HIS CONSTITUTIONAL RIGHTS TO FREEDOM, LIFE AND LIBERTY UNDER THIS SAID CONSTITUTION; THE PLAINTIFF WILL ALSO SEEK CRIMINAL PROSIC- UTION FOR KIDDNAPPING WITH THE ATTORNEY GENERAL OF THE STATE OF ALABAMA AGAINST THE DEFENDANTS IN THIS CAUSE; THE PLAINTIFF ALSO WILL SEEK MONETARY DAMAGES IN THE AMOUNT OF (20,000,000) TWENTY MILLION DOLLARS FOR THE MENTAL AND PHYSICAL ANGUISH THIS HAS CAUSED HIM; PLAINTIFF ALSO SEEK MONETARY DAMAGES FOR LOST WAGE'S IN THE AMOUNT OF (12,000) TWELVE THOUSAND DOLLARS; THE PLAINTIFF WILL ALSO ASK FOR PUNITIVE DAMAGES AS YET TO BE DETERMIND; IN THIS COMPLAINT THE

PLAINTIFF SEEKS RECOMPENSE FOR THE WRONGFUL AND MILISHOUS ACTS BROUGHT UPON HIM BY THE DEFENDANTS IN THIS ACTION; HE ASK THAT THIS COMPLAINT BE SERVED UPON EACH INDIVIDUAL DEFENANT LISTED HEREIN

RESPECTFULLY SUBMITTED

*Louis James Welch*

LOUIS JAMES WELCH

PLAINTIFF

SWORN AND SUBSCRIBED TO ME THIS \_\_1ST\_\_ DAY OF FEBRUARY 2006:

MY COMMISSION EXP, ON  3/24/07

*Curley L. Brun___*

NOTARY

LOUIS JAMES WELCH A.I.S. # 139736
P.O. BOX 150 KCF-196
Mt. MEIGS AL. 36057

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CLERK
113 ST. JOSEPH STREET
MOBILE, ALABAMA 36602

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."